*E-Filed 8/3/11*

Malcolm Leader-Picone (#104620)
   mlp@leader-picone.com
BARTLETT, LEADER-PICONE & YOUNG, LLP
2201 Broadway, Suite 803
Oakland, CA 94612
Tel: (510) 444-2404; Fax: (510) 444-1291

Attorneys for Plaintiff,
Victoria Anne Martinez

Michael Rapkine (#222811)
   mrapkine@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
   CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101
Tel: (626) 535-1900  Fax: (626) 577-7764

Attorneys for Defendant
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTORIA ANNE MARTINEZ,<br><br>             Plaintiff,<br><br>   vs.<br><br>WELLS FARGO BANK, N.A., a national banking association; CAL-WESTERN RECONVEYANCE CORP., a California corporation; and DOES ONE through TWENTY, inclusive,<br><br>             Defendants. | Case No. 3:11-cv-01712-RS<br><br>[Assigned to the Honorable Richard Seeborg]<br><br>**STIPULATION, AND ORDER THEREON, CONTINUING HEARING ON MOTION TO DISMISS TO SEPTEMBER 22, 2011.**<br><br>Current Date: August 11, 2011<br>Current Time: 10:00 a.m.<br>Courtroom:    3 (17th Floor)<br><br>New Date:     September 22, 2011<br>New Time:     10:00 a.m.<br>Courtroom:    3 (17th Floor) |

/ / /

## STIPULATION

Plaintiff, Victoria Martinez, and defendant, Wells Fargo Bank, N.A. ("Wells Fargo") hereby stipulate and agree as follows:

1. The parties wish to continue the hearing on Wells Fargo's pending motion to dismiss to September 22, 2011, which date corresponds to the continued date of the Status Conference.

2. The deadlines for service and filing of the opposition and reply papers shall be calculated in relation to the new hearing date.

Respectfully submitted,

Dated: August 2, 2011          BARTLETT, LEADER-PICONE & YOUNG, LLP

By:   /s/ Malcolm Leader-Picone
         Malcolm Leader-Picone
         mlp@leader-picone.com
Attorneys for Plaintiff
Victoria Anne Martinez


Dated: August 2, 2011          ANGLIN, FLEWELLING, RASMUSSEN,
                                            CAMPBELL & TRYTTEN LLP

By:   /s/ Michael Rapkine
         Michael Rapkine
         mrapkine@afrct.com
Attorneys for Defendant
Wells Fargo Bank, N.A.

# ORDER

Based upon the foregoing stipulation of the parties,

IT IS ORDERED that the hearing date on Wells Fargo's motion to dismiss shall be continued to September 22, 2011, with the briefing schedule to be calculated in relationship to the new hearing date.

**SO ORDERED.**

Dated: 8/3/11

_____
U.S. District Court Judge