**\*\*E-filed 8/3/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

VICTORIA ANNE MARTINEZ,

    Plaintiff,

v.

WELLS FARGO BANK N.A., et al.,

    Defendants.
_____/

No. C 11-1712 RS

**TEMPORARY RESTRAINING ORDER**

Good cause appearing, defendants, their agents, and all persons acting in concert with them are hereby enjoined and restrained from conducting a trustee's sale of the real property that is the subject of this action, pending a hearing on a preliminary injunction, which hearing shall be held on Friday, August 12, 2011, at 1:30 p.m. in Couroom 3, Seventeenth Floor of the Court. Plaintiff may file any additional papers in support of a preliminary injunction no later than August 5, 2012, with any response due no later than August 10, 2012.  Whether or not plaintiff elects to present any other written argument or evidence, counsel shall provide a declaration explaining why plaintiff apparently made no efforts to have a preliminary injunction hearing set in this court after the action was removed from state court.

IT IS SO ORDERED.

Dated: 8/3/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE