**\*\*E-filed 11/3/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTORIA ANNE MARTINEZ, | No. C 11-1712 RS |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| WELLS FARGO BANK N.A., et al., | |
| Defendants. | |

On September 15, 2011 plaintiff's complaint was dismissed, with leave to file any amended complaint within 20 days. In the more than six weeks that have elapsed since then, plaintiff has not complied with the order to file an amended complaint and has taken no other action to pursue this matter. Good cause appearing, the action is dismissed without prejudice for lack of prosecution. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 11/3/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE